**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-7194**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERESA D. BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge; Herbert N. Maletz, Senior Judge, sitting by designation.  (CR-89-391-JFM, CR-89-392-JFM, CA-97-1095-HNM)

Submitted:  September 30, 1998      Decided:  October 13, 1998

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Teresa Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Teresa Brown seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. United States v. Brown, Nos. CR-89-391-JFM; CR-89-392; CA-97-1095-HNM (D. Md. July 29, 1997). In addition, we note that Brown's claim that her counsel provided her with ineffective assistance on appeal is belied by the record. See Jones v. Barnes, 463 U.S. 745 (1983). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED